696

*In re* **MacHARG**, Michael Patrick (MR 21702)
Orlando, FL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Michael Patrick MacHarg is censured.

Burke, J., took no part.


*In re* **MISCH**, Paul Michael (MR 21769)
Akron, OH

Order of the Court:

The motion by Paul Michael Misch to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.